No. 70. ROTH, TRUSTEE OF THE PROPERTY OF THE CHICAGO & NORTH WESTERN RAILWAY CO., v. UNITED STATES ET AL. February 28, 1944. *Ante,* pp. 19, 748.

No. 158. B. F. GOODRICH CO. v. UNITED STATES. February 28, 1944.

No. 529. NEW YORK EX REL. RICHARDS v. KIRBY, WARDEN. February 28, 1944.

No. 5, original. COLORADO v. KANSAS ET AL. March 6, 1944. 320 U. S. 383.

No. 475. SPRUILL v. BALLARD ET AL. March 6, 1944. 320 U. S. 796.

No. 517. PEN-KEN GAS & OIL CORP. v. WARFIELD NATURAL GAS CO. March 6. 1944. 320 U. S. 800.

No. 572. LEVY ET AL. v. UNITED STATES. March 6, 1944.

No. 584. WERNECKE v. UNITED STATES. March 6, 1944.

No. 462. KNIGHT v. BAR ASSOCIATION OF THE CITY OF NEW YORK. March 6, 1944. The petition for rehearing is denied and the petition is ordered stricken from the files as scandalous. See 320 U. S. 798.

No. —. EX PARTE SELVIE W. WELLS. March 13, 1944.